1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         CENTRAL DISTRICT OF CALIFORNIA
10
11
LORRAINE R. VELASQUEZ          )        No. CV 11-2525-CW
12                            )
            Plaintiff,        )        JUDGMENT
13                            )
        v.                    )
14                            )
MICHAEL J. ASTRUE,            )
15  Commissioner, Social Security )
Adminstration,                )
16                            )
            Defendant.        )
17  _____)
18
19      **IT IS ADJUDGED** that this action is remanded to defendant for
further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)
20
and consistent with the accompanying Decision and Order.
21
22
DATED: February 15, 2012
23
24                                    _____
25                                        CARLA M. WOEHRLE
                                      United States Magistrate Judge
26
27
28